# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:18-cv-00057-FDW

| | |
|---|---|
| JAMES W. LOMICK, | ) |
|       Plaintiff, | ) |
| vs. | )    **ORDER** |
| KEN BEAVER, et al., | ) |
|       Defendants. | ) |

**THIS MATTER** is before the Court on its own motion on periodic status review of this case.

On July 30, 2019, the Court held the dispositive motions' deadline in abeyance in this matter. [Doc. 59]. The circumstances underlying that ruling have resolved and/or should have been resolved by the parties at this time. As such, the Court will lift the stay of the dispositive motions' deadline in this matter.

**IT IS, THEREFORE, ORDERED** that the stay of the dispositive motions' deadline is hereby **LIFTED,** and the parties shall have until March 14, 2020 to file dispositive motions in this case.

Signed: January 14, 2020

Frank D. Whitney
Chief United States District Judge