IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-cv-00057-MR

| | |
|---|---|
| JAMES W. LOMICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KEN BEAVER, *Administrator,* | ) |
| *Alexander Correctional Institution* | ) |
| ROBERT DAVID MITCHELL, | ) |
| GEORGE T. SOLOMON, and | ) |
| MARANDA MIMS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

This matter is before the undersigned following the Order of the District Court referring this case for a judicial settlement conference. Doc. 98. It appears that all remaining parties are represented by counsel for purposes of the judicial settlement conference. See Doc. 97 (Limited Notice of Appearance of Michael R. Hoernlein as counsel of record for Plaintiff).

A judicial settlement conference is set for **March 3, 2021** beginning at **1:00 p.m.**

The conference will be conducted by telephone. Call-in information will be provided to the parties by separate communication.

Unless authorized to the contrary in advance, Plaintiff and his counsel shall participate in the conference using a single conference line. Plaintiff's

counsel shall confer with the appropriate personnel at Plaintiff's place of incarceration to ensure that the necessary accommodations are made to allow Plaintiff to participate in the settlement conference.

Defendants and their counsel may participate in the conference from any location they deem appropriate, provided that Defendants and their counsel participate using a single conference line. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of Defendants, to the extent Defendants themselves do not have such authority. Any such person shall also participate using the same conference line as Defendants and their counsel.

Any request seeking permission to modify the terms of this Order shall be filed no later than February 24, 2021 or be subject to summary denial.

It is so ordered.

Signed: February 18, 2021

W. Carleton Metcalf
United States Magistrate Judge

2

Case 5:18-cv-00057-MR   Document 99   Filed 02/18/21   Page 2 of 2